FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 OCT 20 PM 4: 15

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WILLARD J. BROWN, SR., ET AL     CIVIL ACTION

VERSUS     NO. 08-2577

ORLEANS PUBLIC DEFENDERS, ET AL     SECTION "F" (3)

## ORDER

The Court, after considering the record, the applicable law, and the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation, and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the complaint of the plaintiffs, Willard J. Brown, Sr. And Irona Renfro, is hereby DISMISSED without prejudice for failure to prosecute.

New Orleans, Louisiana, this 20th day of OCT, 2008.

_____
UNITED STATES DISTRICT JUDGE